Mark D. Sayre, Esq.   SBN: 111168
msayre@foleymansfield.com
M. Amadea Groseclose, Esq.   SBN: 267091
mgroseclose@foleymansfield.com
Benjamin S. Tragish, Esq.   SBN: 292188
btragish@foleymansfield.com
Peter M. Mularczyk, Esq.  SBN 288329
pmularczyk@foleymansfield.com
**FOLEY & MANSFIELD, PLLP**
300 South Grand Avenue, Suite 2800
Los Angeles, CA  90071
Telephone:   (213) 283-2100
Facsimile:   (213) 283-2101

Attorneys for Defendant
**FMC CORPORATION**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ZAMUDIO, an individual, and SOLEDAD ZAMUDIO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FMC CORPORATION, a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No:  2:16-CV-02693-TLN-DB<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER**<br><br><br><br>Complaint Filed:  November 14, 2016<br>Trial Date:            December 3, 2018 |

This Court, having received Defendant FMC Corporation's submission of a fully executed joint stipulation to modify the Pre-Trial Scheduling Order, attached as Exhibit "1" to this Order finds good cause exists pursuant to Fed. R. Civ. Proc. 16(b)(4) to modify the Pre-Trial Scheduling Order in the manner requested by the parties' joint stipulation.

///

The deadline to complete discovery, as set forth in Paragraph IV of the Pre-Trial Scheduling Order will be extended to **April 16, 2018.**

The expert disclosure deadline as set forth in Paragraph V of the Pre-Trial Scheduling Order will be extended to **June 21, 2018**.

The dispositive motion deadline as set forth in Paragraph VI of the Pre-Trial Scheduling Order will be extended to **August 23, 2018**. Plaintiffs and Defendant will complete all discovery of expert witnesses in a timely manner, as set forth in Paragraph V to the PTSO, to comply with the new deadline for filing dispositive motions.

**IT IS SO ORDERED.**

Dated: 2/12/2018

Troy L. Nunley
United States District Judge

Proposed Order Submitted by: FOLEY & MANSFIELD, PLLP
Attorneys for Defendant: FMC CORPORATION