Mark D. Sayre, Esq.   SBN: 111168
msayre@foleymansfield.com
M. Amadea Groseclose, Esq.   SBN: 267091
mgroseclose@foleymansfield.com
**FOLEY & MANSFIELD, PLLP**
300 South Grand Avenue, Suite 2800
Los Angeles, CA  90071
Telephone:  (213) 283-2100
Facsimile:  (213) 283-2101

Attorneys for Defendant
**FMC CORPORATION**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ZAMUDIO, an individual, and SOLEDAD ZAMUDIO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> FMC CORPORATION, a Delaware Corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No:  2:16-CV-02693-TLN-DB <br><br> **ORDER GRANTING JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER** <br><br> Complaint Filed:  November 14, 2016 <br> Trial Date:          TBD |

This Court, having received Defendant FMC Corporation's submission of a fully executed joint stipulation to modify the Pre-Trial Scheduling Order, finds good cause exists pursuant to Fed. R. Civ. Proc. 16(b)(4) to modify the Pre-Trial Scheduling Order in the manner requested by the parties' joint stipulation.

///

///

1

ORDER GRANTING JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER

The deadline to complete expert discovery, as set forth in Paragraph V of the original Pre-Trial Scheduling Order (ECF No. 11) and in the Court's December 11, 2018 Order (ECF No. 51) is hereby extended to **May 3, 2019.** The parties are additionally ordered to file a joint status report not later than ten (10) days following the Court's ruling on the pending motion for summary judgment, setting forth proposed dates for pretrial statements, a final pretrial conference, and trial, as necessary and appropriate.

IT IS SO ORDERED.

Dated: February 28, 2019

Troy L. Nunley
United States District Judge