Mark D. Sayre, Esq.   SBN: 111168
msayre@foleymansfield.com
M. Amadea Groseclose, Esq.   SBN: 267091
mgroseclose@foleymansfield.com
**FOLEY & MANSFIELD, PLLP**
300 South Grand Avenue, Suite 2800
Los Angeles, CA  90071
Telephone:   (213) 283-2100
Facsimile:   (213) 283-2101

Attorneys for Defendant
**FMC CORPORATION**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ZAMUDIO, an individual, and SOLEDAD ZAMUDIO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FMC CORPORATION, a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No:  2:16-CV-02693-TLN-DB<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER**<br><br><br><br>Complaint Filed:   November 14, 2016<br>Trial Date:            TBD |

This Court, having received Defendant FMC Corporation's submission of a fully executed joint stipulation to modify the Pre-Trial Scheduling Order, finds good cause exists pursuant to Fed. R. Civ. Proc. 16(b)(4) to modify the Pre-Trial Scheduling Order in the manner requested by the parties' joint stipulation.

///

///

1

ORDER GRANTING JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER

The deadline to complete expert discovery, as set forth in Paragraph V of the original Pre-Trial Scheduling Order [ECF No. 11] will be extended to **August 1, 2019.**

**IT IS SO ORDERED.**

Dated: May 7, 2019

_____
Troy L. Nunley
United States District Judge