UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RAUL ZAMUDIO, an individual, and SOLEDAD ZAMUDIO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FMC CORPORATION, a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No: 2:16-CV-02693-TLN-DB<br>*(District Judge: Hon. Troy L. Nunley*<br>*Magistrate Judge: Hon. Deborah Barnes)*<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER**<br><br>Complaint Filed: November 14, 2016<br>Trial Date: TBD |

This Court, having received Defendant FMC Corporation's submission of a fully executed joint stipulation to modify the Pre-Trial Scheduling Order, finds good cause exists pursuant to Fed. R. Civ. Proc. 16(b)(4) to modify the Pre-Trial Scheduling Order in the manner requested by the parties' joint stipulation.

The deadline to complete expert discovery, as set forth in Paragraph V of the original Pre-Trial Scheduling Order [ECF No. 11] will be extended to **January 30, 2020.**

**IT IS SO ORDERED.**

DATED: September 30, 2019

_____
Troy L. Nunley
United States District Judge

ORDER GRANTING JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER