# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ZAMUDIO, an individual, and SOLEDAD ZAMUDIO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> FMC CORPORATION, a Delaware Corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No: 2:16-CV-02693-TLN-DB <br><br> **ORDER GRANTING JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER** <br><br><br> Complaint Filed: November 14, 2016 <br> Trial Date: TBD |

This Court, having received Defendant FMC Corporation's submission of a fully executed joint stipulation to modify the Pre-Trial Scheduling Order, finds good cause exists pursuant to Fed. R. Civ. Proc. 16(b)(4) to modify the Pre-Trial Scheduling Order in the manner requested by the parties' joint stipulation.

The deadline to complete expert discovery, as set forth in Paragraph V of the original Pre-Trial Scheduling Order [ECF No. 11] will be extended to **July 30, 2020.**

**IT IS SO ORDERED.**

DATED: January 31, 2020

_____
Troy L. Nunley
United States District Judge

1
ORDER GRANTING JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER