1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAUL ZAMUDIO and SOLEDAD              No.  2:16-cv-2693 TLN DB PS
     ZAMUDIO,

12

13             Plaintiffs,                 ORDER

14        v.

15   FMC CORPORATION,

16             Defendant.

17

18        Plaintiffs Raul Zamudio and Soledad Zamudio are proceeding in this action pro se.  This

19   matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. §

20   636(b)(1).  Review of this matter finds it appropriate for a Status Conference.

21        Accordingly, IT IS HEREBY ORDERED that:

22        1.  A Status (Pretrial Scheduling) Conference is set for **Friday, October 7, 2022, at 10:00**

23   **a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No.

24   27 before the undersigned.[1]

25   _____

26   [1] Parties shall appear at the Status Conference either telephonically or over video conference
     through the Zoom application (which is free and must be downloaded to your computer or mobile
     device prior to the hearing).  Parties proceeding in propria persona, on his or her own behalf, shall

27   contact Mamendella York, the courtroom deputy of the undersigned magistrate judge at (916)
     930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than

28   48 hours prior to the hearing, to arrange their appearance either telephonically or over video

                                            1

1         2.  Plaintiffs shall file and serve status reports on or before **September 23, 2022**, and

2    defendant shall file and serve a status report on or before **September 30, 2022**.  Each party's

3    status report shall address all of the following matters:

4           a.     Progress of service of process;

5           b.     Possible joinder of additional parties;

6           c.     Possible amendment of the pleadings;

7           d.     Jurisdiction and venue;

8           e.     Anticipated motions and the scheduling thereof;

9           f.     Anticipated discovery and the scheduling thereof, including
10               disclosure of expert witnesses;

11          g.     Future proceedings, including the setting of appropriate cut-off
            dates for discovery and for law and motion, and the scheduling of a
12               final pretrial conference and trial;

13          h.     Modification of standard pretrial procedures specified by the rules
            due to the relative simplicity or complexity of the action;

14          i.     Whether the case is related to any other case, including matters in
15               bankruptcy;

16          j.     Whether the parties will stipulate to the magistrate judge assigned
            to this matter acting as settlement judge, waiving any
            disqualification by virtue of her so acting, or whether they prefer to
17               have a Settlement Conference before another magistrate judge;

18          k.     Whether the parties intend to consent to proceed before a United
            States Magistrate Judge; and
19

20          l.     Any other matters that may aid in the just and expeditious
            disposition of this action.

21   ////

22   ////

23

---

24   conference.  Counsel will receive an email containing the necessary appearance information and
25   must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear
either telephonically or over video conference.  The Zoom ID Number and password are
26   confidential and are not to be given to anyone.  Persons granted remote access to these
proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against
27   photographing, recording, and rebroadcasting of court proceedings.  Violation of these
prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future
28   hearings, or any other sanctions deemed necessary by the court.

1        3.  The parties are cautioned that failure to file a status report or failure to appear at the

2    status conference may result in an order imposing an appropriate sanction.  See Local Rules 110

3    and 183.

4    DATED: August 23, 2022                    /s/ DEBORAH BARNES
                                               UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28