1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAUL ZAMUDIO and SOLEDAD              No.  2:16-cv-2693 DAD DB PS
     ZAMUDIO,
12

13              Plaintiffs,               ORDER

14        v.

15   FMC CORPORATION,

16              Defendant.

17

18         Plaintiffs Raul Zamudio and Soledad Zamudio are proceeding in this action pro se.  This

19   matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. §

20   636(b)(1).  On August 24, 2022, the undersigned issued an order setting this matter for a Status

21   (Pretrial Scheduling) Conference on October 7, 2022.  (ECF No. 87.)  On September 30, 2022 the

22   undersigned continued the Status Conference to November 4, 2022.  (ECF No. 92.)  Review of

23   the docket finds that the parties have not filed status reports addressing the issues necessary to

24   conduct a Status Conference.

25   ////

26   ////

27   ////

28   ////

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1.  The November 4, 2022 Status (Pretrial Scheduling) Conference is continued to **Friday, December 9, 2022, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned[1];

2.  Plaintiffs shall file and serve status reports on or before **November 25, 2022**, and defendant shall file and serve a status report on or before **December 2, 2022**.  Each party's status report shall address all of the following matters:

        a.      Progress of service of process;

        b.      Possible joinder of additional parties;

        c.      Possible amendment of the pleadings;

        d.      Jurisdiction and venue;

        e.      Anticipated motions and the scheduling thereof;

        f.      Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

        g.      Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

        h.      Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

        i.      Whether the case is related to any other case, including matters in bankruptcy;

---

[1] Parties shall appear at the Status Conference either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing).  Parties proceeding in propria persona, on his or her own behalf, shall contact Mamendella York, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference.  Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference.  The Zoom ID Number and password are confidential and are not to be given to anyone.  Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

j.     Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of her so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

k.     Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

l.     Any other matters that may aid in the just and expeditious disposition of this action.

3.  The parties are cautioned that failure to file a status report or failure to appear at the status conference may result in an order imposing an appropriate sanction.  <u>See</u> Local Rules 110 and 183.

DATED: October 31, 2022                    /s/ DEBORAH BARNES
                                           UNITED STATES MAGISTRATE JUDGE