UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ZAMUDIO and SOLEDAD ZAMUDIO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FMC CORPORATION,<br><br>　　　　　Defendant. | No. 2:16-cv-2693 DAD DB PS<br><br>ORDER |

　　　　Plaintiffs Raul Zamudio and Soledad Zamudio are proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). This matter is set for a Status (Pretrial Scheduling) Conference on December 9, 2022, before the undersigned. On December 2, 2022, defendant filed a status report. (ECF No. 98.) Therein, defendant states that the parties have reached a settlement agreement and asks that the Status Conference be continued to mid-January 2023, to complete the settlement. (Id. at 2.) Good cause appearing, defendant's request will be granted.

////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The December 9, 2022 Status (Pretrial Scheduling) Conference is continued to **Friday, January 27, 2023, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned[1];

3. On or before **January 13, 2023**, plaintiffs shall file a status report[2];

4. On or before **January 20, 2023**, defendant shall file a status report; and

5. The parties are cautioned that the failure to timely comply with this order may result in the imposition of an appropriate sanction including the recommendation that this matter be dismissed.

DATED: December 5, 2022             /s/ DEBORAH BARNES
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Parties shall appear at the Status Conference either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing). Parties proceeding in propria persona, on his or her own behalf, shall contact Mamendella York, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference. Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference. The Zoom ID Number and password are confidential and are not to be given to anyone. Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

[2] Plaintiffs have repeatedly failed to file a status report as ordered. Although the undersigned is cognizant of the challenges faced by pro se litigants if plaintiffs wish to continue litigating this action they must comply with the Court's orders. In this regard, in the event this action does not settle plaintiffs must file a status report in compliance with the Court's prior orders. Failure to do so will result in sanctions.