1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9        FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   RAUL ZAMUDIO and SOLEDAD          No.  2:16-cv-2693 DAD DB PS
     ZAMUDIO,
12
13              Plaintiffs,           ORDER
14       v.
15   FMC CORPORATION,
16              Defendant.
17

18       Plaintiffs Raul Zamudio and Soledad Zamudio are proceeding in this action pro se.  This

19   matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. §

20   636(b)(1).  This matter is set for a Status (Pretrial Scheduling) Conference on January 27, 2023,

21   before the undersigned.  The parties' status reports, however, represent that this matter is awaiting

22   finalization of a settlement agreement.  The Status Conference, therefore, will be continued

23       Accordingly, IT IS HEREBY ORDERED that:

24       1.  The January 27, 2023 Status (Pretrial Scheduling) Conference is continued to **Friday,**

25   **April 7, 2023, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento,

26   California, in Courtroom No. 27, before the undersigned[1];

27

28   [1] Parties shall appear at the Status Conference either telephonically or over video conference
     through the Zoom application (which is free and must be downloaded to your computer or mobile

1

3.  On or before **March 24, 2023**, plaintiffs shall file a status report;

4.  On or before **March 31, 2023**, defendant shall file a status report; and

5.  The parties are cautioned that the failure to timely comply with this order may result in the imposition of an appropriate sanction including the recommendation that this matter be dismissed.

DATED: January 23, 2023                              /s/ DEBORAH BARNES                    
                                                                      UNITED STATES MAGISTRATE JUDGE

---

device prior to the hearing).  Parties proceeding in propria persona, on his or her own behalf, shall contact Mamendella York, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference.  Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference.  The Zoom ID Number and password are confidential and are not to be given to anyone.  Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.